UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN

UNITED STATES OF AMERICA,

          Plaintiff,

v.

MARIE WHEATON,

          Defendant.
_____/

Case: 2:25-cr-20391
Judge: Michelson, Laurie J.
MJ: Stafford, Elizabeth A.
Filed: 05-22-2025 At 03:43 PM
USA v SEALED MATTER (LG)

Violation:
18 U.S.C. § 922(a)(6)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 922(a)(6)
*False Statement During Purchase of a Firearm*

From on or about July 17, 2024, through July 25, 2024, in the Eastern District of Michigan, Southern Division, the defendant, MARIE WHEATON, in connection with the acquisition of a firearm, one Bear Creek Arsenal, BCA 15, 7.62x39 pistol, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to

1

the defendant under chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm, and she was not acquiring the firearm on behalf of another person when, in fact, she was acquiring the firearm for another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATIONS
18 U.S.C. § 924(d) together with 28 U.S.C. § 2461

1. The allegations contained in Count One of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

2. Upon conviction of the offense charged in Count One of this Indictment, the defendant, MARIE WHEATON, shall forfeit to the United States any firearm and ammunition involved in or used in such violation, pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

        THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/Craig Wininger*
CRAIG WININGER
Chief, Violent and Organized Crime Unit

*s/Philip Jacques*
PHILIP JACQUES
Assistant U.S. Attorney

Dated: May 22, 2025

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove~~r~~ | Case:2:25-cr-20391<br>Judge: Michelson, Laurie J.<br>MJ: Stafford, Elizabeth A.<br>Filed: 05-22-2025 At 03:43 PM<br>USA v SEALED MATTER (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accu~~rately~~

| Companion Case Information | Companion Case ~~Number~~ |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | AUSA's Initials: *s/P.J.* |

Case Title:   USA v. Marie Wheaton

County where offense occurred: Wayne

Offense Type: Felony

Indictment – no prior complaint.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

_____May 22, 2025_____
Date

*/s/ Philip Jacques*
Philip Jacques
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Philip.Jacques@usdoj.gov
(313) 226-9654
Bar #: P73754

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.